LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| | : | |
| Angela L. Harris | : | CASE NO. 21-00446 |
| | : | |
| | : | |
| **Debtor(s)** | : | |

REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ 4,000.00 |
| 2. Less amount paid to attorney prior to filing petition | $ 194.00 |
| 3. Balance of compensation to be paid through plan distributions | $ 3,806.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ 9.69 (Amended Plan Mailing) |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Retainer received | $ |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ |
| 3. Expenses reimbursed prepetition | $ |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $ |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 3,815.69 |
| | |

Dated: **July 8, 2021**

/s/ Nicholas G. Platt
**Nicholas G. Platt 327239**
Attorney for Debtor