Fill in this information to identify the case:

Debtor 1     ANGELA L. HARRIS

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE     District of   PA
                                                                         (State)

Case number   21-00446

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made        12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**    PENNYMAC LOAN SERVICES        **Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account:    5   6   6   8

**Property address:**       1515 STEEPLE CHASE DRIVE
                            Number     Street

                            DOVER,            PA     17315
                            City                   State     ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 1,331.60 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 1,331.60 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 1,331.60 |

Case 1:21-bk-00446-HWV    Doc 36    Filed 04/22/26    Entered 04/22/26 13:11:51    Desc
Main Document     Page 1 of 4

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/Donna Schott, Funds Manager          Date  4 / 22 / 2026
Signature

Trustee    Jack          N          Zaharopoulos
           First Name    Middle Name    Last Name

Address    8125 Adams Drive, Suite A
           Number        Street

           Hummelstown          PA          17036
           City                 State       ZIP Code

Contact phone  ( 717 ) 566 – 6097          Email info@pamd13trustee.com

Case 1:21-bk-00446-HWV    Doc 36    Filed 04/22/26    Entered 04/22/26 13:11:51    Desc
Main Document      Page 2 of 4

# Disbursements for Claim

**Case: 21-00446      ANGELA L. HARRIS**

**PENNYMAC LOAN SERVICES, LLC**
P.O. BOX 660929

DALLAS, TX  75266-0929

Acct No: Steeple Chase Dr - PRE-RREA

ARREARS - 1515 STEEPLE CHASE DRIVE

Modify:
Filed Date:
Hold Code:

| | Debt: | $1,331.60 | Interest Paid: | $0.00 |
| Amt Sched: $146,259.00 | | | Accrued Int: | $0.00 |
| Amt Due: $0.00 | Paid: | $1,331.60 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **PENNYMAC LOAN SERVICES, LLC** | | | | | | | |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/10/2025 | 2052607 | $33.13 | $0.00 | $33.13 | 10/29/2025 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/16/2025 | 2051706 | $49.06 | $0.00 | $49.06 | 09/26/2025 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/18/2025 | 2050735 | $49.05 | $0.00 | $49.05 | 09/05/2025 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 07/22/2025 | 2049777 | $49.05 | $0.00 | $49.05 | 08/01/2025 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/17/2025 | 2048779 | $46.82 | $0.00 | $46.82 | 07/01/2025 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/14/2025 | 2047809 | $46.81 | $0.00 | $46.81 | 05/30/2025 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/14/2025 | 2046866 | $46.82 | $0.00 | $46.82 | 04/25/2025 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/18/2025 | 2045975 | $46.82 | $0.00 | $46.82 | 03/31/2025 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/19/2025 | 2045032 | $46.81 | $0.00 | $46.81 | 03/07/2025 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/15/2025 | 2044079 | $46.82 | $0.00 | $46.82 | 01/29/2025 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/17/2024 | 2043135 | $46.81 | $0.00 | $46.81 | 12/31/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 11/19/2024 | 2042200 | $46.82 | $0.00 | $46.82 | 12/04/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/23/2024 | 2041226 | $46.81 | $0.00 | $46.81 | 11/12/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/17/2024 | 2040232 | $46.82 | $0.00 | $46.82 | 09/27/2024 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/07/2024 | 2039216 | $46.81 | $0.00 | $46.81 | 08/16/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 07/10/2024 | 2038334 | $46.82 | $0.00 | $46.82 | 07/23/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/18/2024 | 2037514 | $46.81 | $0.00 | $46.81 | 06/28/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/22/2024 | 2036611 | $46.82 | $0.00 | $46.82 | 06/05/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/17/2024 | 2035607 | $46.81 | $0.00 | $46.81 | 04/26/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/14/2024 | 2034644 | $46.82 | $0.00 | $46.82 | 03/22/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/14/2024 | 2033684 | $46.81 | $0.00 | $46.81 | 02/26/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/12/2024 | 2032755 | $46.82 | $0.00 | $46.82 | 01/24/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/19/2023 | 2031859 | $46.81 | $0.00 | $46.81 | 01/03/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 11/15/2023 | 2030902 | $46.81 | $0.00 | $46.81 | 11/27/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2023 | 2029955 | $49.26 | $0.00 | $49.26 | 10/27/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/19/2023 | 2028977 | $98.51 | $0.00 | $98.51 | 09/28/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/09/2023 | 2027955 | $67.24 | $0.00 | $67.24 | 08/25/2023 |
| | | | | Sub-totals: | $1,331.60 | $0.00 | $1,331.60 | |
| | | | | Grand Total: | $1,331.60 | $0.00 | | |