United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                  Case No. 21-00446-HWV

Angela L. Harris                                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                                   Page 1 of 2

Date Rcvd: Apr 29, 2026                       Form ID: 3180W                                    Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela L. Harris, 1515 Steeple Chase Drive, Dover, PA 17315-3726 |
| 5394119 | + | University of MD Facilty Phsycians, 250 W. Pratt Street, Suite 500, Baltimore, MD 21201-6804 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: cathyo@homeplusfinance.com | Apr 29 2026 18:41:00 | Homeplus Finance Corporation, 600 Lairport Street, El Segundo, CA 90245, UNITED STATES |
| 5397414 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 29 2026 18:41:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 5394111 | | EDI: WFNNB.COM | Apr 29 2026 22:46:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 5394878 | + | EDI: PENNDEPTREV | Apr 29 2026 22:46:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5394113 | | EDI: PENNDEPTREV | Apr 29 2026 22:46:00 | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5394115 | | Email/Text: banko@preferredcredit.com | Apr 29 2026 18:40:00 | Preferred Credit Inc, Po Box 1970, St Cloud, MN 56301 |
| 5403302 | | Email/Text: banko@preferredcredit.com | Apr 29 2026 18:40:00 | Preferred Credit, Inc., 628 Roosevelt Road, Suite 100, Saint Cloud, MN 56301 |
| 5394114 | + | Email/PDF: ebnotices@pnmac.com | Apr 29 2026 18:47:52 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5406519 | + | Email/PDF: ebnotices@pnmac.com | Apr 29 2026 18:47:41 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5408718 | | EDI: Q3G.COM | Apr 29 2026 22:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5394116 | | Email/Text: bankruptcy@rarogersinc.com | Apr 29 2026 18:41:00 | R.A. Rogers, Inc., PO Box 3302, Crofton, MD 21114-0302 |
| 5397413 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 29 2026 18:41:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5394117 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 29 2026 18:41:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5398815 | + | EDI: CBS7AVE | Apr 29 2026 22:46:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5394118 | + | EDI: CBS7AVE | | |

District/off: 0314-1

Date Rcvd: Apr 29, 2026

User: AutoDocke

Form ID: 3180W

Page 2 of 2

Total Noticed: 17

Apr 29 2026 22:46:00    Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5394112 | ##+ | Homeplus Finance, 600 Lairport Street, El Segundo, CA 90245-5004 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Nicholas G. Platt | on behalf of Debtor 1 Angela L. Harris ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Shawn J Lau | on behalf of Creditor Homeplus Finance Corporation Shawn_Lau@msn.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | Angela L. Harris | Social Security number or ITIN   xxx–xx–6221 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ EIN   __–_____ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   1:21–bk–00446–HWV

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Angela L. Harris

**By the court:**

4/29/26

Henry W. Van Eck, Chief Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W **Chapter 13 Discharge** page 2